## MILLER SERVICE INC. v. MILLER.

WYATT, Justice. "An order sustaining a demurrer to a defendant's plea and striking the plea is not a final judgment. Where no final judgment is excepted to, an exception to an order sustaining a demurrer to the defendant's plea to the jurisdiction and striking the plea can not be entertained by this court." *Benjamin* v. *Pardue*, 44 *Ga. App.* 587 (162 S. E. 291); *Bozeman* v. *Ward-Truitt Co.*, 141 *Ga.* 45 (80 S. E. 320).

*Writ of error dismissed. All the Justices concur.*

No. 15589. OCTOBER 8, 1946.

*A. L. Henson,* for plaintiff in error.

*Walter W. Aycock* and *George G. Finch,* contra.

*E. H. Sheats* and *W. S. Northcutt,* as amici curiæ.